**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,
    U.S. DOJ – ENRD
    Office of the AAG
    Ben Franklin Station, P.O. Box 7415
    Washington, DC 20044-7415

        Plaintiff,

        v.

DISTRICT OF COLUMBIA WATER
AND SEWER AUTHORITY
("DC WATER") and
the DISTRICT OF COLUMBIA,

        Defendants.

Civil Action No.  26-cv-1346

## COMPLAINT

The United States of America, by authority of the Attorney General of the United States

and at the request of the Administrator of the United States Environmental Protection Agency

("EPA"), alleges:

## SUMMARY OF THE CASE

1. The District of Columbia Water and Sewer Authority ("DC Water") operates the

Potomac Interceptor, a 54-mile regional sanitary sewage pipe that carries approximately 60

million gallons of wastewater daily from hundreds of thousands of people and hundreds of

businesses in portions of Virginia, Maryland, and the District of Columbia to the Blue Plains

Advanced Wastewater Treatment Plant (via the Potomac Pump Station) in Washington, DC.

2.      DC Water must maintain the Potomac Interceptor and other wastewater treatment infrastructure in good working order as a condition of its Clean Water Act permit. Yet DC Water did not adequately maintain the Potomac Interceptor.

3.      After decades of use and years of neglect, including at least eight years of DC Water knowing about severe corrosion requiring immediate repair, a section of the Potomac Interceptor known by DC Water to be severely corroded catastrophically failed.

4.      The collapse caused more than 200 million gallons of raw sewage to flow into the Potomac River.

5.      While DC Water was able to divert the flow of sewage around the break by using the Chesapeake & Ohio Canal, its mitigation efforts were sorely lacking. After DC Water began this diversion, raw sewage left from the overflow or seeping out from the Canal continued to be washed into the Potomac River.

6.      Because DC Water failed to adequately address the collapse threatening the waterway of the nation's capital, the federal government acted. On February 20, 2026, President Trump approved a federal emergency declaration. The federal government, led by the EPA, took control of the mitigation efforts, effectively ending the crisis by mid-March. The United States now acts again by bringing this judicial action to force DC Water to cease unpermitted discharges and take necessary actions to prevent additional collapses.

## JURISDICTION AND VENUE

7.      This Court has jurisdiction over the subject matter of this action pursuant to Section 309(b) of the Act, 33 U.S.C. §§ 1319(b), and 28 U.S.C. § 1331 (Federal Question), 1345 (United States as Plaintiff), and 1355(a) (Fine, Penalty, or Forfeiture).

8.     Venue lies in this District pursuant to Section 309(b) of the Act, 33 U.S.C. § 1319(b), and 28 U.S.C. §§ 1391(b) and 1395(a), because both DC Water and the District of Columbia are located and doing business in this District.

9.     Authority to bring this action is vested in the Attorney General of the United States under Section 506 of the Act, 33 U.S.C. § 1366, and 28 U.S.C. §§ 516 and 519.

## DEFENDANT

10.     DC Water is a corporate body created by District of Columbia law to effectuate certain public purposes.

11.     DC Water has jurisdiction over the disposal of sewage, industrial wastes, and other wastes.

12.     DC Water operates the Potomac Interceptor, which conveys an average of up to 60 million gallons a day of sewage from parts of Northern Virginia and Maryland to the Potomac Pump Station in Washington, D.C.

13.     DC Water is a "municipality" as defined in 33 U.S.C. § 1362(4).

14.     The District of Columbia is a "State" as defined in 33 U.S.C. § 1362(3).

15.     DC Water and the District of Columbia are each a "person" as defined in 33 U.S.C. § 1362(5).

16.     The District of Columbia is named as a defendant in this action in order to satisfy the requirement in Section 309(e) of the Clean Water Act, 33 U.S.C. § 1319(e), that the State be joined as a party.

3

## STATUTORY BACKGROUND

### Clean Water Act

17.    Section 301(a) of the Clean Water Act, 33 U.S.C. § 1311(a), prohibits the discharge of any pollutant to navigable waters, except as authorized by a NPDES permit issued pursuant to Section 402 of the Act, 33 U.S.C. § 1342, or other enumerated sections of the Act not relevant here.

18.    The Act defines "pollutant" to include sewage, garbage, sewage sludge, and industrial, municipal, and agricultural waste discharged into water. 33 U.S.C. § 1362(6).

19.    The Act defines "point source" to mean "any discernible, confined, and discrete conveyance, including but not limited to, any pipe, ditch, channel, tunnel, conduit, well, discrete fissure, container, rolling stock, concentrated animal feeding operation, or vessel or other floating craft, from which pollutants are or may be discharged." 33 U.S.C. § 1362(14).

20.    The Act defines "navigable waters" as "the waters of the United States, including the territorial seas." 33 U.S.C. § 1362(7).

21.    The regulations implementing the Act define "waters of the United States" to include, *inter alia*, waters "which are currently used, were used in the past, or may be susceptible to use in interstate or foreign commerce" (often referred to as "traditional navigable waters") and tributaries to such waters that are relatively permanent, standing or continuously flowing. 40 C.F.R. § 120.2(a).

### NPDES Program

22.    Section 402(a) of the Act created the National Pollutant Discharge Elimination System, commonly known as NPDES. Pursuant to this section, EPA may issue permits that

4

authorize the discharge of any pollutant to waters of the United States, but only in compliance with the conditions and limitations set forth in such permits. 33 U.S.C. § 1342(a).

23.     EPA administers the NPDES program in the District of Columbia.

24.     Section 402(a)(2) of the Act directs EPA to prescribe conditions for NPDES permits to ensure compliance with the Act. 33 U.S.C. § 1342(a)(2).

### Enforcement Provisions

25.     The Clean Water Act authorizes the United States to commence a civil action for appropriate relief for violations of Section 301 of the Act. 33 U.S.C. § 1319(b).

26.     The Clean Water Act also authorizes the United States to commence a civil action for appropriate relief whenever EPA finds that a person is in violation of any condition or limitation in a NPDES permit. 33 U.S.C. § 1319(b).

27.     Anyone who violates Section 301 of the Act, or any condition or limitation in a NPDES permit, is subject to a civil penalty. 33 U.S.C. § 1319(d). The maximum penalty is currently $68,445 per day for each violation occurring after November 2, 2015 and assessed after January 8, 2025. *See* 40 C.F.R. § 19.4 (including amendments promulgated at 90 Fed. Reg. 1375 (Jan. 8, 2025)).

### GENERAL ALLEGATIONS

### DC Water's Wastewater Collection and Treatment System

28.     DC Water provides wastewater collection and treatment for the District of Columbia, portions of Montgomery and Prince George's counties in Maryland, and portions of Fairfax and Loudoun counties in Virginia through its sewer collection system.

29.     Approximately two-thirds of the District of Columbia is served by a separate sewer system (also referred to as a sanitary sewer system) that conveys sewage only, and the

remaining third is served by a combined sewer system. A combined sewer system conveys both sanitary sewage and stormwater in a single pipe.

30.    DC Water operates the Blue Plains Advanced Wastewater Treatment Facility ("Blue Plains"), a wastewater treatment plant located at 5000 Overlook Avenue, S.W., Washington, D.C.

31.    The Potomac Interceptor is a 54-mile-long sanitary sewer that conveys an average of up to 60 million gallons of sewage daily from Loudon County, Fairfax County, Herndon, and Dulles Airport in Virginia, and Montgomery County, Maryland to the Potomac Pump Station in Washington, D.C. This sewage is then conveyed from the Potomac Pump Station to Blue Plains for treatment before discharge to the Potomac River.

32.    The Potomac Interceptor is part of DC Water's sanitary sewer system.

33.    DC Water's sanitary sewer system includes other named gravity sewers and force mains, including the Potomac Force Main, Anacostia Force Main, Anacostia Main Interceptor, East West Outfall Sewer, East West Outfall Relief Sewer, and North and South Interconnecting Branch Sewers.

**DC Water's NPDES Permit**

34.    EPA issued a NPDES permit to DC Water, numbered DC0021199 ("the Permit"), with an effective date of August 26, 2018. The Permit was set to expire on August 25, 2023, but has been administratively extended by EPA pursuant to 40 C.F.R. §122.6(a). The Permit remains in full force and effect.

35.    The Permit authorizes DC Water to discharge from Outfall 002 to the Potomac River subject to certain conditions, discharge limitations, and monitoring requirements. Permit, Part I, Section B.

36.     The Permit authorizes DC Water to discharge from Outfall 001 to the Potomac River as an approved combined sewer overflow-related bypass subject to certain conditions, discharge limitations, and monitoring requirements. Permit, Part I, Section C.

37.     The Permit requires DC Water to "at all times properly operate, inspect and maintain all facilities and systems of treatment and control (and related appurtenances, including but not limited to, sewers, intercepting chambers, interceptors, combined sewer overflows, pumping stations, and emergency bypasses) which are installed or used by [DC Water] to achieve compliance with the conditions of [the Permit]." Permit, Part II, Section B.

38.     The Permit defines "proper operation and maintenance" to include "effective performance, adequate funding, adequate operator staffing and training, and adequate laboratory and process controls, including appropriate quality assurance procedures." Permit, Part II, Section B.

39.     The Permit also requires DC Water to "take all reasonable steps to minimize or correct any adverse impact on the environment resulting from noncompliance with" the Permit. Permit, Part II, Section A.4.

40.     Discharges that are not authorized by the Permit are prohibited.

### The Potomac Interceptor

41.     The Potomac Interceptor was built after the passage of Public Law 86-515, which authorized the District of Columbia to construct, operate, and maintain a sanitary sewer to connect Dulles Airport to the Washington, D.C. sewer system.

42.     The Potomac Interceptor was constructed between 1961 and 1963.

43.     Except for tunnel sections, which used cast-in-place concrete, the Potomac Interceptor was constructed with reinforced concrete pipe.



**Figure 1. Photo showing construction of the Potomac Interceptor. C&O Canal and towpath visible in the background.**

44.     The Potomac Interceptor was placed in service in 1964.

45.     For much of its length, the Potomac Interceptor follows the path of the Potomac River, crossing under the river in two places.

46.     On its way to the Potomac Pump Station, the Potomac Interceptor passes through the C&O Canal National Historical Park.

47.     The C&O Canal National Historical Park is owned by the federal government and managed by the National Park Service.

48.     The Potomac Interceptor conveys an average of up to 60 million gallons of sewage per day.

*Segment LZ09*

49.     There are manholes on the Potomac Interceptor, which allow access at various points. These manholes are numbered, starting at the Potomac Pump Station.

50.     The segment of the Potomac Interceptor that runs roughly from Manhole 20 (about 1,000 feet west of the Cabin John Bridge) to Manhole 14 (about 3,000 feet east of Cabin John Bridge) is known by DC Water as "Segment LZ09."



**Figure 2. Map depicting Segment LZ09**

51.     Segment LZ09 is located within the C&O Canal National Historical Park.

52.     Manholes 16 and 17 are in Segment LZ09.

53.     The Potomac Interceptor between Manholes 16 and 17 is constructed of reinforced concrete pipe with a 72-inch diameter.

54.     The reinforced concrete pipe between Manholes 16 and 17, when installed in the early 1960s, had a wall thickness of 7 inches, reinforced with two circular steel cages (an inner cage and an outer cage).

55.     The Potomac Interceptor between Manholes 16 and 17 was installed approximately 12 feet below the surface, using the trench cut method. After the reinforced

concrete pipe was installed, the trench was backfilled. This backfill material included large rocks.

*Effect of Hydrogen Sulfide on Concrete Pipes*

56.    Over time, concrete corrodes, deteriorates, and decays.

57.    The rate at which concrete corrodes, deteriorates, and decays generally increases in the presence of hydrogen sulfide gas. The higher the concentration of hydrogen sulfide gas, the faster the concrete corrodes, deteriorates, and decays.

58.    Within Segment LZ09, between Manholes 17 and 18, the Potomac Interceptor drops more than 12 feet in elevation within a span of roughly 25 feet (at a 45° angle). Over this roughly 25-foot span, the Potomac Interceptor also narrows from 78 to 72 inches in diameter.



**Figure 3. DC Water Record Drawing, dated February 1962, showing profile view of drop between manholes 17 and 18 (locations identified at the top of the drawing as MH-17 and MH-18). Flow is from right to left. "RCP" refers to reinforced concrete pipe.**

59.     Upstream of the drop, the Potomac Interceptor is relatively flat. As a result, sewage in this portion of the interceptor moves more slowly and hence remains in this section for a longer period (referred to as residence time).

60.     The extended residence time contributes to conditions favorable for the formation of dissolved hydrogen sulfide.

61.     When sewage passes through the drop between Manholes 17 and 18, it picks up speed and becomes turbulent, releasing the dissolved hydrogen sulfide.

62.     The extended residence time and hydraulic drop combine to create conditions conducive to the buildup of hydrogen sulfide gas in the pipe.

63.     The presence of hydrogen sulfide gas and corrosive conditions in the Potomac Interceptor, between Manholes 16 and 17, was known to DC Water going back to at least the early 2000s.

*Periodic Inspections of Potomac Interceptor Between Manholes 16 and 17*

64.     DC Water conducts periodic inspections of the Potomac Interceptor using closed-circuit television ("CCTV").

65.     These inspections are done to assess the condition of the Potomac Interceptor.

66.     As part of these CCTV inspections, the condition of the sewer is graded using a standardized scoring system (the Pipeline Assessment and Certification Program) developed by the National Association of Sewer Service Companies ("NASSCO").

67.     This standardized scoring system uses "grades" from 1 to 5, with 5 used to describe the most significant defects.

68.     NASSCO grades fall into two "categories:" structural and operation and maintenance.

11

69.     On information and belief, DC Water conducted an internal inspection of at least portions of the Potomac Interceptor, including the section between Manholes 16 and 17, in or about 2016. Based on this inspection, DC Water identified four "priority" sections in need of rehabilitation. DC Water identified the section between Manholes 16 and 17 as "priority #1."

70.     DC Water conducted CCTV inspections of the Potomac Interceptor between Manholes 16 and 17 on December 11, 2017; July 21, 2021; June 9, 2024; and October 6, 2024. During all four inspections, exposed aggregate and surface reinforcement was seen from 150 to 200 feet downstream of Manhole 17.

71.     During the December 11, 2017 CCTV inspection, a Grade 5 structural defect was identified 89.3 feet downstream of Manhole 17, in the crown of the pipe (between 8 o'clock and 4 o'clock). Another Grade 5 structural defect was identified 146.1 feet downstream of Manhole 17, in the crown of the pipe (between 10 o'clock and 2 o'clock).

72.     By no later than 2018, DC Water knew or should have known that the concrete pipe between Manholes 16 and 17 had corroded to the point that exposed rebar could be seen and that if not corrected could result in a catastrophic failure.

73.     During the July 21, 2021 CCTV inspection, a Grade 5 structural defect was identified 126.3 feet downstream of Manhole 17. Additional Grade 5 structural defects were identified 276.4 and 276.8 feet downstream of Manhole 17. The structural "index" (essentially the average grade) for the full length of the sewer between Manholes 16 and 17 (a length of more than 1,800 feet) was reported as 3.59.

74.     On June 9, 2024, DC Water conducted a CCTV inspection of the Potomac Interceptor between Manholes 16 and 17. During this inspection, a Grade 5 structural defect was identified 65.9 feet downstream of Manhole 17.

75.     On June 9, 2024, DC Water also conducted a multi-sector inspection of the Potomac Interceptor between Manholes 16 and 17. A multi-sector inspection involves using a laser above the water level and sonar below the water. This type of inspection is used to measure the amount of corrosion or thinning of a concrete pipe's wall.

76.     During the June 9, 2024 multi-sector inspection, DC Water did not collect any usable data from 0 to 237 feet downstream of Manhole 17 ("due to poor quality/splashing"). The June 2024 multi-sector inspection did reveal, however, up to 5.7 inches of corrosion 237.5 feet downstream of Manhole 17. This indicates that the pipe's wall was only 1.3 inches thick at that point.

77.     During the October 6, 2024 CCTV inspection, a Grade 5 structural defect was identified 130.0 feet downstream of Manhole 17, with "surface damage reinforcement projecting." Additional Grade 5 defects were identified 157.4 and 162.0 feet downstream from Manhole 17, with observations of "hole void visible" and "hole soil visible" respectively. In remarks associated with the defect 162.0 feet downstream from Manhole 17, the inspection report states "pipe missing."

78.     During the October 6, 2024 CCTV inspection, exposed reinforcing steel could be seen in the section 168 to 184 feet downstream of Manhole 17.

79.     What could be seen during the October 6, 2024 inspection, combined with results from the June 9, 2024 multi-sensor inspection, indicate that (a) more than 5 inches of the pipe wall's thickness had corroded (or deteriorated) away, leaving less than two inches, (b) the inner cage of reinforcing steel was missing, and (c) failure was imminent.

80.     During the June 9 and October 6, 2024 CCTV inspections, dark spots were visible on the crown of the pipe, indicating groundwater was seeping into the Potomac Interceptor through porous, heavily corroded concrete.

81.     In October 2024, DC Water repeated the multi-sector inspection between Manholes 16 and 17. DC Water was unable to obtain usable data from 0 to 378.5 feet downstream of Manhole 17 ("due to flow conditions"). However, the inspection revealed up to 3.6 inches of corrosion 378.5 feet downstream of Manhole 17.

*High Priority Project Between Manholes 18A and 19*

82.     In 2024, DC Water identified an approximately 800-foot section of the Potomac Interceptor within Segment LZ09, between Manholes 18A and 19, as a high priority for repair.

83.     In December 2025, DC Water completed the repair of this section of the Potomac Interceptor by inserting a new, smaller pipe (liner) inside the existing pipe, a process known as "sliplining."

84.     DC Water did not include the section of the Potomac Interceptor between Manholes 16 and 17 as part of the high priority project completed in December 2025.

*Catastrophic Failure of the Potomac Interceptor*

85.     On January 19, 2026, a portion of the Potomac Interceptor collapsed where it passes through the C&O Canal National Historical Park, near Lock 12, in Montgomery County, Maryland (the "Collapse" or "Break").

86.     Specifically, a section of the Potomac Interceptor, 168 to 184 feet downstream of Manhole 17, collapsed.

87.     The Collapse occurred on Federal property managed by the National Park Service.

14



**Figure 4. Map showing approximate location of Break and flow path of resulting discharge.**

88.     When the Potomac Interceptor collapsed, the downstream side of the pipe was quickly blocked with rocks and other debris. This caused sewage to back up, forcing it from Manhole 17, the Odor Control Building immediately downstream of Manhole 17, and possibly other places.

*Unauthorized Discharges Resulting from Break*

89.     The Break resulted in sewage spilling from the Potomac Interceptor.

90.     This sewage traveled roughly 1,500 feet in an easterly direction where it entered "original Rock Run,"[1] a relatively permanent, perennial tributary to the Potomac River.

---

[1] In the 1960s, a portion of the flow from Rock Run was diverted from its original flow path. The original path connects to the Potomac River near Swainson Island. The new path

91.    The sewage then flowed approximately 500 feet down original Rock Run to the Potomac River, a traditional navigable water.

92.    Sewage from the Break discharged to the Potomac River continuously from January 19, 2026 until January 28, 2026.

93.    After discovering the Break, DC Water mobilized emergency crews, which began installing interim containment and diversion pumping, in an effort to stop the discharge of sewage to the Potomac River.

94.    Between January 21 and January 24, 2026, DC Water crews worked to install diversion pumps to route wastewater around the failed section of the Potomac Interceptor.

95.    Beginning on January 24, 2026, DC Water used a portion of the C&O Canal for interim containment.

96.    Shortly thereafter, DC Water started pumping sewage from the Potomac Interceptor upstream of the Break into the C&O Canal, using the canal to route sewage around the Break, returning it to the Potomac Interceptor downstream of the failed section.

97.    DC Water's use of the C&O Canal to route sewage around the failed section of the Potomac Interceptor required multiple high-powered pumps. These pumps periodically clogged, requiring them to be taken out of service and cleaned.

98.    Despite the importance of these pumps, DC Water did not deploy sufficient pumping capacity until mid-February, several weeks after the Break.

---

connects to the Potomac River upstream of Swainson Island, west of the Capital Beltway. Both the original and new flow paths have been referred to as "Rock Run." The tributary that conveyed spilled sewage is the original flow path of Rock Run. It is referred to herein as "original Rock Run."

99. The Potomac Interceptor conveys on average up to 60 million gallons per day ("MGD") of sewage, and on any given day potentially much more. Initially, however, DC Water only had 40 MGD of pumping capacity.

100. On January 27, 2026, DC Water added two more pumps, bringing its total pumping capacity to 60 MGD.

101. On occasion, when a pump was offline, there were additional sewage overflows. These additional overflows may have been avoided had DC Water initially had sufficient pumps and pumping capacity.

102. On February 8, 2026, DC Water reported that an estimated 500,000 gallons of sewage, associated with the Break, was discharged to the Potomac River, when multiple pumps had to be shut down due to clogging with rags and wipes.

103. Between January 29 and February 9, 2026, approximately 1.5 million gallons of sewage from the Potomac Interceptor was illegally discharged to the Potomac River.

104. On February 15, 2026, DC Water added larger pumps, increasing the total pumping capacity to about 130 million gallons per day ("MGD"). These new, larger (13 MGD) pumps were more resistant to clogging and added necessary redundancy.

105. Following the Break, DC Water left sludge and sewage on the ground, where stormwater could wash it into the Potomac River, and failed to divert such stormwater to avoid going through it.

106. Sewage leaked from the ceiling and side walls of the stone culvert that carries original Rock Run under the C&O Canal and dripped into original Rock Run. Upon information and belief, the sewage leaking from the ceiling and side walls was ongoing beginning in late January 2026.

17

107.    At 7:30 am on March 14, 2026, DC Water returned flow to the Potomac Interceptor and ceased pumping sewage into the C&O Canal.

108.    The Break has resulted in the unauthorized discharge of more than 200 million gallons of raw, untreated sewage to the Potomac River.

**Impact of Unauthorized Discharges on the Potomac River**

109.    On January 23, 2026, the Maryland Department of the Environment issued an emergency closure of the Upper Potomac River in Charles County, Maryland for shellfish harvesting.

110.    On January 24, 2026, the Maryland Department of Health, Prince George's County Health Department and Charles County Health Department in Maryland issued advisories recommending that the public avoid contact with untreated sewage in the Potomac River.

111.    On January 25, 2026, the Maryland Department of the Environment issued precautionary shellfish harvesting closures north of Governor Harry W. Nice Memorial Bridge (Route 301).

112.    On January 29, 2026, the Montgomery County Department of Health and Human Services and Department of Environmental Protection issued an advisory to avoid contact with the water or shoreline of impacted areas and to avoid eating fish, shellfish or any other wildlife from the river.

113.    On January 29, 2026, DC Water began taking daily samples of Potomac River surface waters. DC Water initially sampled at six locations – one upstream of the Break, one where the discharge entered the river, and four downstream of the Break. On February 18, 2026, DC Water added two more sampling locations to compare the main stem of the Potomac River

18

(south side sample) to the inlet areas along the shoreline around Minnie's Island (north side sample) where the water flows more slowly.

114.    On February 13, 2026, the Virginia Department of Health issued a Recreational Water Advisory for the Potomac River extending for 72.5 miles from the American Legion Memorial Bridge (I-495) (also known as the Cabin John Bridge) in Fairfax County to the Governor Harry W. Nice Memorial Bridge (Route 301) in King George County.

115.    On February 20, 2026, the District of Columbia Department of Health ("DC Health") issued a recreational advisory for the portion of the Potomac River located within the District of Columbia.

116.    On February 26, 2026, DC Water representatives stated that elevated levels of *E. coli* were observed at the sampling location where the original Rock Run meets the Potomac River. *E. coli* is commonly used as an indicator bacterium used to identify fecal contamination in freshwater and indicates the possible presence of disease-causing bacteria and viruses.

117.    On March 2, 2026, DC Health lifted its recreational advisory after testing demonstrated that *E. coli* levels in the Potomac within Washington, D.C.

118.    On March 5, 2026, the Maryland Department of Health, Prince George's County Health Department and Charles County Health Department lifted their January 24, 2026, advisories.

119.    The Virginia Department of Health has partially lifted its recreational water advisory for the portion of the Potomac River from the Route 120 Chain Bridge to the Governor Harry W. Nice Memorial Bridge (Route 301) in King George County. The advisory remains in effect upstream from the American Legion Memorial Bridge (I-495) to the Route 120 Chain Bridge.

19

120.    The Montgomery County Health Department's January 29 advisory remains in effect for areas around Swainson Island because water quality samples continue to show elevated levels of bacteria in the Potomac River in Montgomery County.

## Joinder of the District of Columbia

121.    Section 309(e) of the Clean Water Act, 33 U.S.C. § 1319(e), requires "[w]henever a municipality is a party to a civil action brought by the United States under [Section 309 of the Clean Water Act], the State in which such municipality is located shall be joined as a party."

122.    Section 309(e) further provides that such "State shall be liable for payment of any judgment, or any expenses incurred as a result of complying with any judgment . . . to the extent that the laws of that State prevent the municipality from raising revenues needed to comply with such judgment."

123.    Section 502(3) of the Clean Water Act, 33 U.S.C. § 1362(3), defines "State" to include the District of Columbia.

124.    Accordingly, the District of Columbia would be liable for the failure of DC Water to comply with a judgment to the extent its laws prevent DC Water, now or in the future, from raising the revenues necessary to comply.

## FIRST CLAIM FOR RELIEF
### (DC Water's Unauthorized Discharges of Sewage)

125.    The allegations of the foregoing paragraphs are incorporated herein by reference.

126.    From January 19, 2026 through at least February 15, 2026, DC Water discharged sewage from the Potomac Interceptor to navigable waters.

127.    Sewage is a pollutant with the meaning of 33 U.S.C. § 1362(6).

128.    The Potomac Interceptor is a "point source" within the meaning of 33 U.S.C. § 1362(14).

129.    Original Rock Run and the Potomac River are navigable waters.

130.    The discharges from the Potomac Interceptor to navigable waters were not authorized by any permit issued under the Clean Water Act.

131.    Each of these discharges was a violation of Section 301(a) of the Clean Water Act, 33 U.S.C. § 1311(a).

132.    Unless enjoined, DC Water's violations are likely to continue.

133.    As a result of these violations, DC Water is liable for injunctive relief and civil penalties, pursuant to Sections 309(b) and (d) of the Clean Water Act, 33 U.S.C. § 1319(b) and (d).

**SECOND CLAIM FOR RELIEF**
**(NPDES Permit Violations – Failure to Properly Operate, Inspect, and Maintain)**

134.    The allegations of the foregoing paragraphs are incorporated herein by reference.

135.    The Permit requires that:

> The permittee shall at all times properly operate, inspect and maintain all facilities and systems of treatment and control (and related appurtenances, including but not limited to, sewers, intercepting chambers, interceptors, combined sewer overflows, pumping stations, and emergency bypasses) which are installed or used by the permittee to achieve compliance with the conditions of this permit.
>
> Permit, Part II, Section B.

136.    DC Water has failed to properly operate, inspect, and maintain the Potomac Interceptor, in violation of the Permit and the Clean Water Act.

137.    Upon information and belief, DC Water has failed to properly operate, inspect, and maintain other parts of its sanitary sewer system with conditions similar to those leading up to the collapse of the Potomac Interceptor, in violation of the Permit and the Clean Water Act.

21

138.    Each day DC Water has failed to properly operate, inspect, and maintain its sanitary sewer system constitutes a separate violation of the Permit and Clean Water Act.

139.    Unless enjoined, DC Water's violations are likely to continue.

140.    As a result of these violations, DC Water is liable for injunctive relief and civil penalties, pursuant to Sections 309(b) and (d) of the Clean Water Act, 33 U.S.C. § 1319(b) and (d).

**THIRD CLAIM FOR RELIEF**
**(NPDES Permit Violations – Failure to Minimize Adverse Impact)**

141.    The allegations of the foregoing paragraphs are incorporated herein by reference.

142.    The Permit requires DC Water "to take all reasonable steps to minimize or correct any adverse impact on the environment resulting from noncompliance with" the Permit. Permit, Part II, Section A.4.

143.    DC Water failed to take all reasonable steps to minimize or correct any adverse impact on the environment resulting from its noncompliance with the Permit, in violation of the Permit and the Clean Water Act.

144.    For example, DC Water failed to promptly contain the overflow, allowing continued discharges to reach the Potomac River.

145.    DC Water also failed to promptly remove sludge and sewage on the ground or otherwise remediate it, including by stormwater diversion, to prevent it from being washed into the Potomac River by stormwater or other runoff.

146.    DC Water further allowed sewage to leak from the stone culvert that carries original Rock Run under the C&O Canal.

147.    Unless enjoined, DC Water's violations are likely to continue.

148.    As a result of these violations, DC Water is liable for injunctive relief and civil penalties, pursuant to Sections 309(b) and (d) of the Clean Water Act, 33 U.S.C. § 1319(b) and (d).

## PRAYER FOR RELIEF

WHEREFORE, the United States respectfully requests that this Court:

149.    Order DC Water to comply with the Permit and the Clean Water Act;

150.    Permanently enjoin DC Water from discharging pollutants to waters of the United States except in compliance with the Clean Water Act;

151.    Order DC Water to take all reasonable steps to redress or mitigate the impact of its violations;

152.    Order DC Water, at a minimum, to develop an Enhanced Operations and Maintenance Plan for all its sewer lines;

153.    Assess a civil penalty against DC Water in connection with the Potomac Interceptor Break, pursuant to Section 309(d) of the Clean Water Act, 33 U.S.C. § 1319(d), in an amount to be determined by the Court;

154.    Assess a civil penalty against DC Water for its violations of the Permit, pursuant to Section 309(d) of the Clean Water Act, 33 U.S.C. § 1319(d), in an amount to be determined by the Court;

155.    Award the United States its costs of this action; and

156.    Grant such other relief as the Court deems just and proper.

Respectfully submitted,


ADAM R.F. GUSTAFSON
D.C. Bar No. 1010952
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice


/s/ Mark C. Elmer
MARK C. ELMER
D.C. Bar No. 453066
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
999 18th Street, North Terrace, Suite 600
Denver, Colorado 80202
(303) 519-4954 (Phone)


JASON A. DUNN
D.C. Bar No. 467392 (inactive), Va. Bar No. 42730
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
(202) 532-3359 (Phone)

OF COUNSEL:

JEFFREY HALL
Assistant Administrator
Office of Enforcement and Compliance Assurance
United States Environmental Protection Agency
1200 Pennsylvania Avenue
Washington, D.C. 20460

*Attorneys for the United States of America*

24