**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| *Plaintiff,* | |
| v. | **Civil Action No.: 1:26-cv-01346-RDM** |
| **DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY ("DC WATER"), and the DISTRICT OF COLUMBIA,** | |
| *Defendants.* | |

**JOINT MOTION TO STAY ALL PROCEEDINGS FOR 90 DAYS**

Defendants DC Water and the District of Columbia, jointly with Plaintiff the United States (collectively the "Parties"), respectfully submit this joint motion to stay all proceedings and deadlines in this case, including the filing of responsive pleadings, for 90 days (i.e., until Monday, August 3, 2026), to allow the Parties to discuss a full resolution of this matter.

In support of this motion, the Parties state as follows:

1.      Plaintiff filed the Complaint on April 20, 2026, alleging that DC Water violated provisions of the Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq*. (hereafter the Clean Water Act ("CWA")) by illegally discharging sewage to the Potomac River in connection with the January 19, 2026 Potomac Interceptor collapse in Montgomery County, Maryland and, relatedly, by failing to comply with requirements of DC Water's National Pollutant Discharge Elimination System Permit.

2.      The District of Columbia is named as a defendant in this action to satisfy the requirement in Section 309(e) of the CWA, 33 U.S.C. §§ 1319(e), that the state be joined as a party.

3.      The State of Maryland Department of the Environment (MDE) filed a separate complaint on April 20, 2026, in the Circuit Court of Montgomery County, Maryland against DC Water that alleges state law claims that also relate to the collapse of the Potomac Interceptor.

4.      Based on information and belief, the Parties understand that MDE is interested in prompt resolution of its claims in that suit.

5.      The Parties intend to begin settlement discussions promptly. They believe a stay is necessary to conserve the Parties' and judicial resources. The requested stay would allow the Parties to focus their resources on negotiating a comprehensive resolution of the matter. A stay is in the interest of justice and judicial economy and will allow the Parties – all public entities – to avoid unnecessary litigation expenses, in the event a settlement is reached.

6.      For the reasons stated above, the Parties respectfully request that the Court issue an order granting the following relief:

a.  All proceedings and deadlines in this matter, including the filing of responsive pleadings, are stayed for 90 days (i.e., up to and including Monday, August 3, 2026).

b.  The Parties shall file a status report on or before Monday, August 3, 2026. In this report, the Parties will inform the Court about the status of their negotiations and may request that the stay be extended.

c.  Unless extended, the stay will expire on Monday, August 3, 2026.

d.  If the stay expires, Defendants shall have 21 days from the date it expires to serve a responsive pleading to the United States' Complaint.

A proposed Order for this purpose is attached.

Date: <u>May 5, 2026</u>                                          Respectfully submitted,


<u>/s/ F. Paul Calamita</u>                                    <u>/s/ Mark C. Elmer</u>
F. Paul Calamita (Federal Bar # MD25022)         Mark C. Elmer
Justin W. Curtis (D.C. Bar No. 998579)           D.C. Bar No. 453066
M. Rosewin Sweeney (*pro hac vice pending*)      Environmental Enforcement Section
Ross Phillips (*pro hac vice pending*)           Environment and Natural Resources Division
6 South 5th Street                               United States Department of Justice
Richmond VA 23219                                999 18th Street, North Terrace, Suite 600
(804) 716-9021                                   Denver, Colorado 80202
paul@aqualaw.com                                 (303) 519-4954 (Phone)
justin@aqualaw.com                               Mark.Elmer@usdoj.gov
rosewin@aqualaw.com
ross@aqualaw.com                                 Jason A. Dunn
                                                 D.C. Bar No. 467392 (inactive), Va. Bar No.
*Counsel for Defendant DC Water*                 42730
                                                 Environmental Enforcement Section
                                                 Environment and Natural Resources Division
                                                 United States Department of Justice
                                                 P.O. Box 7611, Ben Franklin Station
                                                 Washington, D.C. 20044-7611
                                                 (202) 532-3359 (Phone)
                                                 Jason.Dunn@usdoj.gov

                                                 *Counsel for the United States*


BRIAN L. SCHWALB
Attorney General for the District of
Columbia

COTY MONTAG
Deputy Attorney General

ELIZABETH A. MELLEN
WILLIAM F. STEPHENS
Assistant Deputy Attorneys General

JOANNA K. WASIK
Chief, Housing and Environmental Justice
Section

MICHAEL S. MAURER
Assistant Chief, Housing and Environmental
Justice Section

*/s/ LAUREN M. MARKS*
LAUREN M. MARKS
D.C. Bar No. 1010320
SHILPA SADHASIVAM
DC Bar No. 90018648
Special Assistant Attorney Generals
400 6th Street, NW
Washington, D.C. 20001
(202) 256-3713
Lauren.Marks@dc.gov
Shilpa.Sadhasivam@dc.gov

*Counsel for the District of Columbia*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of May, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

<u>/s/ F. Paul Calamita</u>
F. Paul Calamita (Federal Bar # MD25022)
M. Rosewin Sweeney (*pro hac vice pending*)
Ross Phillips (*pro hac vice pending*)
6 South 5th Street
Richmond VA 23219
(804) 716-9021
paul@aqualaw.com
rosewin@aqualaw.com
ross@aqualaw.com

*Counsel for Defendant DC Water*

5