## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

    *Plaintiff,*

    v.

**DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY ("DC WATER"), and the DISTRICT OF COLUMBIA,**

    *Defendants.*

**Civil Action No.: 1:26-cv-01346-RDM**

### [Proposed] Order

AND NOW, this _____ day of May, 2026, having considered the Parties' Joint Motion to Stay all Proceedings for 90 Days, it is ORDERED as follows:

    a. All proceedings and deadlines in this matter, including the filing of responsive pleadings, are stayed for 90 days (i.e., up to and including Monday, August 3, 2026).

    b. The Parties shall file a status report on or before Monday, August 3, 2026. In this report, the Parties will inform the Court about the status of their negotiations and may request that the stay be extended.

    c. Unless extended, the stay will expire on Monday, August 3, 2026.

    d. Defendants shall have 21 days from the date the stay expires to serve a responsive pleading to the United States' Complaint.

_____
Hon. Randolph D. Moss
United States District Judge