UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> JACK MILLER, et al., <br><br> Plaintiff-Intervenors, <br><br> and <br><br> POTOMAC RIVERKEEPER, INC. <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> DISTRICT OF COLUMBIA WATER <br> AND SEWER AUTHORITY <br> ("DC WATER"), et al., <br><br> Defendants. | Civil Action No. 26-cv-1346 (RDM) |

## JOINT STATUS REPORT

Pursuant to this Court's May 7, 2026, Minute Order, Plaintiff United States of America and Defendants District of Columbia Water and Sewer Authority ("DC Water") and the District of Columbia (collectively, the "Parties") hereby submit this report to apprise the Court of the status of settlement negotiations and Parties' planned next steps.

1. On May 7, 2026, the Court granted the Parties' Joint Motion to Stay All Proceedings for 90 days. The Court's order directed the Parties to file a status report on or before August 3, 2026, informing the Court of next steps.

2.      Since the motion to stay was granted, the Parties have been actively engaged in settlement discussions. Among other things:

a.      On June 1, 2026, the United States provided a draft term sheet to DC Water and the District of Columbia.

b.      On June 4, 2026, the Parties met in-person for most of the day to discuss the June 1 draft term sheet.

c.      Following the June 4 meeting, DC Water provided the United States with certain information requested by the United States, including a map of the Potomac Interceptor and a simplified schematic of DC Water's sanitary sewer system within the District of Columbia.

d.      On June 26, 2026, DC Water provided a written response to the June 1 draft term sheet.

e.      On July 9, 2026, the Parties met virtually to discuss DC Water's June 26 response.

3.      The Parties planned next steps include (a) a technical meeting to discuss the nature and extent of DC Water's sanitary sewer system, (b) the United States providing DC Water and the DC Government with a draft consent decree early next month, and (c) a meeting soon thereafter to discuss the draft consent decree.

4.      In light of the progress made to date, as well as the planned next steps, the Parties intend to file a motion asking the Court to extend the stay for an additional 90 days, up to and including November 2, 2026.

Respectfully submitted,

**FOR THE UNITED STATES OF AMERICA**

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

*/s/ Mark C. Elmer*
MARK C. ELMER (D.C. Bar No. 453066)
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street, North Terrace, Suite 600
Denver, Colorado 80202
Tel: (303) 519-4954 | Fax: (303) 844-1350
Email: mark.elmer@usdoj.gov

JASON A. DUNN
D.C. Bar No. 467392 (inactive), Va. Bar No. 42730
United States Department of Justice
Environmental Enforcement Section
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044-7611
Tel: (202) 532-3359
Email: jason.dunn@usdoj.gov

*Attorneys for the United States of America*

**FOR DEFENDANT DC WATER**

/s/ *F. Paul Calamita*
F. PAUL CALAMITA (Federal Bar # 25022)
M. ROSEWIN SWEENEY (*pro hac vice*)
ROSS PHILLIPS (*pro hac vice*)
6 South 5th Street
Richmond VA 23219
(804) 716-9021
paul@aqualaw.com
rosewin@aqualaw.com
ross@aqualaw.com

*Counsel for Defendant DC Water*

3

**FOR DEFENDANT DISTRICT OF COLUMBIA**


BRIAN L. SCHWALB
Attorney General for the District of Columbia

COTY MONTAG
Deputy Attorney General

ELIZABETH A. MELLEN
WILLIAM F. STEPHENS
Assistant Deputy Attorneys General

JOANNA K. WASIK
Chief

MICHAEL S. MAURER

Assistant Chief, Housing and Environmental Justice Section


/s/ *Lauren M. Marks*
LAUREN M. MARKS
D.C. Bar No. 1010320
SHILPA SADHASIVAM
D.C. Bar No. 90018648
Special Assistant Attorneys General
400 6th Street, NW
Washington, D.C. 20001
(202) 256-3713
Lauren.Marks@dc.gov
Shilpa.Sadhasivam@dc.gov


*Counsel for the Defendant District of Columbia*

4