UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| JACK MILLER, et al., | |
| Plaintiff-Intervenors, | |
| and | |
| POTOMAC RIVERKEEPER, INC. | Civil Action No. 26-cv-1346 (RDM) |
| Plaintiff-Intervenor, | |
| v. | |
| DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY ("DC WATER"), et al., | |
| Defendants. | |

## UNOPPOSED JOINT MOTION TO EXTEND STAY

Pursuant to Federal Rule of Civil Procedure 6(b), and for good cause, Plaintiff United States of America and Defendants District of Columbia Water and Sewer Authority ("DC Water") and the District of Columbia (collectively, the "Parties") jointly move to extend the stay of this action an additional 90 days up to and including November 2, 2026. In support, the Parties state:

1.      On May 7, 2026, the Court granted the Parties' Joint Motion to Stay All Proceedings for 90 days (i.e., until August 3, 2026). The Court's order directed the Parties to file a status report on or before August 3, 2026, informing the Court of next steps.

2.    Contemporaneously with the filing of this motion, the Parties have filed a Joint Status Report (ECF No. 35), which summarizes the Parties' efforts to date to consensually resolve this action and outlines their planned next steps.

3.    As discussed in the Joint Status Report, the Parties are engaged in productive settlement negotiations. Extending the stay is warranted to conserve both the Court's and the Parties' resources. The requested extension will allow the Parties to continue focusing their resources on negotiating a comprehensive resolution of the matter. A stay is in the interest of justice and judicial economy and will allow the Parties to avoid unnecessary litigation expenses, if a settlement is reached.

4.    For the reasons stated herein, the Parties respectfully request that the Court issue an order granting this motion and extending the stay as follows:

a.   All proceedings and deadlines in this matter, including the filing of responsive pleadings, are stayed for an additional 90 days (i.e., up to and including Monday, November 2, 2026).

b.   The Parties shall file a status report on or before Monday, November 2, 2026. In this report, the Parties will inform the Court about the status of their negotiations and may request that the stay be extended.

c.   Unless extended, the stay will expire on Monday, November 2, 2026.

d.   If the stay expires, Defendants shall have 21 days from the date it expires to serve a responsive pleading to the United States' Complaint and any other operative complaint.

5.    A proposed Order is attached.

6.    Since the stay was entered, two groups have been allowed to intervene.

7.	Pursuant to LCvR 7(m), the United States conferred with both groups of plaintiff-intervenors and neither opposes the relief requested in this motion.

Respectfully submitted,

**FOR THE UNITED STATES OF AMERICA**

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice


*/s/ Mark C. Elmer*
MARK C. ELMER (D.C. Bar No. 453066)
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street, North Terrace, Suite 600
Denver, Colorado 80202
Tel: (303) 519-4954 | Fax: (303) 844-1350
Email: mark.elmer@usdoj.gov

JASON A. DUNN
D.C. Bar No. 467392 (inactive), Va. Bar No. 42730
United States Department of Justice
Environmental Enforcement Section
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044-7611
Tel: (202) 532-3359
Email: jason.dunn@usdoj.gov

*Attorneys for the United States of America*

**FOR DEFENDANT DC WATER**


/s/ *F. Paul Calamita*
F. PAUL CALAMITA (Federal Bar # 25022)
M. ROSEWIN SWEENEY (*pro hac vice*)
ROSS PHILLIPS (*pro hac vice*)
6 South 5th Street
Richmond VA 23219
(804) 716-9021
paul@aqualaw.com
rosewin@aqualaw.com
ross@aqualaw.com

*Counsel for Defendant DC Water*




**FOR DEFENDANT DISTRICT OF
COLUMBIA**

BRIAN L. SCHWALB
Attorney General for the District of Columbia

COTY MONTAG
Deputy Attorney General

ELIZABETH A. MELLEN
WILLIAM F. STEPHENS
Assistant Deputy Attorneys General

JOANNA K. WASIK
Chief

MICHAEL S. MAURER

Assistant Chief, Housing and Environmental Justice
Section

/s/ *Lauren M. Marks*
LAUREN M. MARKS
D.C. Bar No. 1010320
SHILPA SADHASIVAM
D.C. Bar No. 90018648
Special Assistant Attorneys General
400 6th Street, NW
Washington, D.C. 20001
(202) 256-3713
Lauren.Marks@dc.gov
Shilpa.Sadhasivam@dc.gov


*Counsel for the Defendant District of Columbia*